**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

ROBERT A WASSERMAN

Case No.:  20-22206SLM

HEARING DATE:  11/13/2021

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- Debtor has failed to provide proof of income.
  Specifically,

  Worker's Compensation benefits.

  The debtor has failed to provide proof of current income.  A paystub from debtor's employer dated no later than two weeks prior to the 341 date must be submitted.

  The debtor has failed to provide proof of income for the six months preceding the filing of this case.


- The Chapter 13 Trustee hereby objects to the exemptions in the above-captioned case pursuant to Bankruptcy Rule 4003.  The Trustee further objects to all exemptions claimed now or at any time before confirmation in any amount in excess of the maximum dollar amounts allowed by the statute, or which does not clearly state the statutory basis for the exemption, the dollar amount claimed as exempt, or the specific property being exempted.  The Trustee requests that any hearing on this objection be scheduled for the date of confirmation.
- Debtor needs to retain Special Counsel in connection with Personal Injury Action.


WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  November 24, 2020

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee