Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
ROBERT A WASSERMAN

Case No.:  20-22206SLM

HEARING DATE:  Not Yet Scheduled

## TRUSTEE'S OBJECTION TO DEBTOR(S) AMENDED SCHEDULE C

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to Debtor(s) Amended Schedule C, respectfully objects as follows:

- The Trustee objects to debtor's exemption claimed under 11 USC 522(d)(1) to property located in Philadelphia PA.  11 USC 522(d)(1) only applies to real property that debtor uses as a residence.  The Philadelphia property is not debtor's residence.  As a result, 11 USC 522(d)(1) is not available.

It is for these reasons that the Debtor(s) Amended Schedule C should be denied.

Dated:  December 09, 2020

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee