UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In re: | Case No.: **20-22206** |
| **Robert A Wasserman** | Chapter: **13** |
| | Adv. No.: |
| | Hearing Date: |
| | Judge: **SLM** |

## CERTIFICATION OF SERVICE

1. I, **Brad J. Sadek, Esq.** :

   ☑ represent **Robert A. Wasserman** in the this matter.

   ☐ am the secretary/paralegal for ___, who represents

   ___ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **January 4, 2020** , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   **Application for Retention of Professional**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **January 4, 2021**

/s/ **Brad J. Sadek, Esq.**

Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Honda Finance<br>201 Little Falls Drive<br>Wilmington, DE 19808 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

rev. 8/1/15<br>Best Case Bankruptcy